VALENTINE FINK, Respondent, *v.* SIMON DONAU et al., Appellants.

| 51   635
133   607

(Argued May 14, 1872; decided September term, 1872.)

THIS appeal presented numerous exceptions to the reception of testimony, and to the charge of the judge; all of which were disposed of, however, by the application of well settled principles of law.

*John H. Reynolds* for the appellants.

*Samuel Hand* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.

———————

MENZO W. FINN, Respondent, *v.* WILLIAM R. Fox et al., Appellants.

*A. G. Rice* for the respondent.

Judgment affirmed by default.